United States District Court
for the Western District of Michigan

## REPORT FOLLOWING
## VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 21-560 | Thornton v. Van Buren Mental | 3.24.2022 |

**PARTIES** — Attendees

| Name | On Behalf Of |
|---|---|
| Janay Thornton | Plaintiff |
| Diedra Hess | Defendant |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Mark Wilkinson | Plaintiff |
| Laurie Amtsbuechler | Defendant |
| Melanie Hosano | Defendant |

Result:
- [x] Settled in full – Final paperwork will be filed by: May 1, 2022
- [ ] Mediation continuing – Date of Next Session
- [ ] Not settled – Mediation Completed

Dated: 4.19.2022     /s/ William W. Jack

Mediator